UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JATINDER SINGH,

        Petitioner,

   v.

WARDEN, ET AL.,

        Respondents.

No. 1:26-cv-00023 WBS AC

ORDER

----oo0oo----

     Although represented by counsel, petitioner Jatinder Singh has filed a pro se motion for temporary restraining order. (Docket No. 21.)  Currently, the court lacks sufficient information to adjudicate petitioner's motion for temporary restraining order because it appears to be nothing more than a pre-prepared form document.  Accordingly, respondents SHALL file a response to petitioner's motion on or before **April 10, 2026.**

     The court will then take the motion under submission and inform the parties if oral argument or further proceedings

1

are necessary.

IT IS SO ORDERED.

Dated:  April 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE