UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JATINDER SINGH,

             Petitioner,

    v.

WARDEN, ET AL.,

             Respondents.

No. 1:26-cv-00023 WBS AC

ORDER

----oo0oo----

After reviewing the parties' submissions regarding petitioner's motion for temporary restraining order (Docket No. 21), the court deems oral argument necessary.  Oral argument will be heard on **Wednesday, April 15, 2026** at **10:00 a.m.** in Courtroom 5.  Personal appearances by counsel are required.  Counsel for both parties shall be the attorneys who are familiar with the facts and the law of this case.

    IT IS SO ORDERED.

Dated:  April 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1